*3*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# DETRIOT DIVISION

| | |
|---|---|
| WAYNE H. NORMAN, | Civil Action File No. |
| Plaintiff, | |
| vs. | 2:17-CV-12516-PDB-RSW |
| TD AUTO FINANCE, LLC |  |
| Defendant. | FILED NOV - 6 2017 CLERK'S OFFICE U.S. DISTRICT COURT |

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff, Wayne H. Norman, hereby give notice that the above captioned action is voluntarily dismissed, with prejudice against the Defendant TD Auto Finance, LLC.

Respectfully submitted,

Wayne H. Norman
501 Madison Apt. @
Oak Park, Illinois 60302
whnorman@hotmail.com

1 | Page



FROM: Wayne Nowman
501 Madison Apt 2
Oak Park, IL 60302

TO: U.S. District Court
Eastern District of Michigan
Detroit Division
231 W. Lafayette Blvd
Detroit, MI 48226




**PRIORITY MAIL**

**FLAT RATE ENVELOPE**
ONE RATE ★ ANY WEIGHT*



EP14F July 2013
OD: 12.5 x 9.5

PS00001000014

\* Domestic only.   × For international shipments, the maximum weight is 4 lbs.